UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-95-007 LKK/GGH

    Respondent,

  v.                        O R D E R

TARA L. WYNNE,

    Movant.
_____/

        The Court is in receipt of Movant's pleading denominated "Motion of Notice of Change of Addess [sic] and Recall Order...". The notice of change of address is noted. The Motion to recall is DENIED.

    DATED: December 20, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1