UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

TARAS LEON WYNNE,

        Defendant.

No.  2:95-cr-00007-GEB

**ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION OF SEPTEMBER 30, 2016 ORDER**

On October 5, 2016, Defendant filed an unopposed motion in which he requests "this Court reconsider and rescind the Order filed on September 30, 2016, and that a new briefing schedule issue."  Mot. 2:14-15, ECF No. 116.  The reconsideration request is granted, and the September 30, 2016 Order is rescinded.  The parties shall meet and confer on a briefing schedule and shall file a proposed briefing schedule no later than fourteen days after this order is filed.

Dated:  November 1, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

1