IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:95-CR-0007 GEB |
| Plaintiff & Respondent, | ORDER GRANTING PETITIONER'S REQUEST TO FILE A REPLY AND REFERENCING MOTIONS TO THE MAGISTRATE JUDGE |
| v. | |
| TARAS LEON WYNNE, | |
| Defendant & Petitioner. | |

It is HEREBY ORDERED that Petitioner Wynne's Reply to the government's opposition shall be filed no later than February 1, 2017.

Further the motions in this action are referenced to the Magistrate Judge.

Dated:  November 28, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge