UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>TARAS LEON WYNNE,<br><br>Movant. | No. 2:95-cr-0007-WBS-EFB P<br><br><br><br>ORDER |

Pending before the court is movant's motion to reduce sentence pursuant to 18 U.S.C. § 3559(c)(7). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 10, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Although counsel for movant filed a motion to stay the proceedings (ECF No. 130), neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. By its Order of January 13, 2020 (ECF No. 131), this court referred defendant's motion to stay (ECF No 130) and motion to reduce sentence pursuant to the First Step Act (ECF No. 127); a to the magistrate judge.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed May 10, 2019, are adopted in full; and

2. Movant's motion to reduce sentence (ECF No. 100) is DENIED.

Dated:  January 22, 2020

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE