McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:95-CR-00007-WBS-EFB |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| TARAS LEON WYNNE, | |
| Defendant. | |

On January 27, 2020, the Government requested an 18-day extension of time to file its response to Defendant's motion for reduction of sentence under the First Step Act (Docket No. 134).

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due February 18, 2020. Defendant's reply shall be filed no later than February 25, 2020. The motion hearing is reset for **March 2, 2020 at 9:00 a.m**. in Courtroom 5 (WBS).

Dated: January 29, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1