Michael S. Romano, SBN 232182
THREE STRIKES PROJECT
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
Telephone: (650) 736-7757
Facsimile: (650) 723-8230

Attorneys for Defendant
Taras Leon Wynne

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:95-CR-00007 GEB |
| Plaintiff, | STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO SECTION 404 OF THE FIRST STEP ACT, P.L. 115-391 |
| v. | |
| TARAS LEON WYNNE, | |
| Defendant. | Judge: Hon. WILLIAM B. SHUBB |

Defendant, TARAS LEON WYNNE, by and through his attorney, Michael Romano, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate that the Court should enter an amended judgment reducing Mr. Wynne's sentence to 210 months. The parties further stipulate as follows:¶

1. On July 21, 1995, defendant was convicted of possessing with intent to distribute at least 50 grams of cocaine base (Count One), use of a firearm in furtherance of a drug trafficking crime (Count Two) and being a felon in possession of a firearm and ammunition (Count Three). PSR ¶ 1; Dkt. 24. The United States filed a Notice of Information alleging that defendant had sustained two prior felony drug offenses, triggering a mandatory minimum sentence of life in prison on Count One. PSR ¶ 55.

2. The PSR concluded that Mr. Wynne was responsible for 253 grams of crack cocaine, resulting in an offense level 34. PSR ¶ 14. The PSR recommended a 2-level increase based on the gun charge in Count Two, and determined that he was a criminal history category VI. PSR ¶41. The resulting range was 324 to 405 months in prison. PSR ¶ 55. However, the mandatory minimum of life became the guideline range applied to Count One. PSR ¶ 55.

3. At sentencing, the district court found that the offense level was 36, criminal history category VI, but the defendant's sentencing range on Count One was controlled by a mandatory sentence of life in prison. Gov't Resp., Ex. A at 5. The district court further sentenced the defendant to 120 months in prison on Count Three, to be served concurrently with the life sentence imposed on Count One. Gov't Resp., Ex. A at 5.

4. On December 21, 2018, the First Step Act was enacted. First Step Act of 2018, S. 756, Pub. Law 115-391. Section 404 of the Act states that the sentencing court may, upon motion of the defendant, an attorney for the government, or the court, "impose a reduced

sentence as if sections 2 and 3 of the Fair Sentencing Act of 2010 . . . were in effect at the time the covered offense was committed."

5. The parties agree that the defendant is eligible for a reduction of his sentence under Section 404. Specifically, had Section 2 of the Fair Sentencing Act been in effect at the time of his offense, his statutory penalty would be lowered from mandatory life in prison to a statutory range of 5-to-40 years in prison, enhanced by the filing of the § 851 information, to 10 years-to-life in prison on Count One. *See* 21 U.S.C. § 841(b)(1)(B) (2011). Defendant's new Guidelines range is determined by the undisputed finding that defendant was responsible for 253 grams of crack cocaine. PSR ¶ 14. This amount of crack cocaine now results in an offense level 28. U.S.S.G. § 2D1.1(c)(6). A 2-level increase applies pursuant to U.S.S.G. § 2D1.1(b)(1) because the defendant possessed a firearm in connection with his crack cocaine crime. This base offense level of 28 and 2-level enhancement results in a total offense level 30, criminal history category VI, and a resulting Guidelines range of 168–210 months in prison, with an applicable mandatory minimum of 120 months in prison and a 10-year concurrent sentence on Count Three.

6. Accordingly, the parties request this Court issue the order lodged herewith reducing Mr. Wynne's sentence to 210 months imprisonment and 96 months supervised release, all other terms of the judgment remaining unchanged.

7. The undersigned counsel for defendant affirms that he has discussed this stipulation with defendant and defendant has authorized counsel to enter into this agreement on his

Stipulation and order re: sentence reduction

behalf. The undersigned counsel also affirms that, so long as the Court accepts this stipulation, defendant waives his right to be present when the Court reduces his sentence, to any hearing, and to any findings to which he might be entitled. The defendant has so indicated and counsel joins in that waiver.

8. The Probation Office shall prepare an amended judgment implementing this reduced sentence under the First Step Act and serve a copy on the Bureau of Prisons.

Respectfully submitted,

| | |
|---|---|
| Dated: February __, 2020 | Dated: February 27, 2020 |
| McGREGOR SCOTT<br>United States Attorney | THREE STRIKES PROJECT<br>Stanford Law School |
| /s/ Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney | /s/ Michael Romano<br>MICHAEL S. ROMANO |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>TARAS LEON WYNNE |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to the First Step Act, P.L. 115-391.

The parties agree, and the Court finds, that Mr. Wynne is entitled to the benefit of Section 404 of the First Step Act, resulting in an amended guideline range of 168 to 210 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 1996 is reduced to 210 months, and the term of supervised release is reduced to 96 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Wynne shall report to the United States Probation Office within seventy-two hours after his release. The March 2, 2020 hearing date is vacated.

Dated: February 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and order re: sentence reduction