# UNITED STATES DISTRICT COURT

for the

Eastern  District of  California

United States of America

v.

TARAS LEON WYNNE

|  |  |
|---|---|
| ) | |
| ) | Case No:  2:95-00007-01 WBS |
| ) | |
| ) | USM No:  07909-097 |
| ) | |

Date of Original Judgment:  4/23/1996

Date of Previous Amended Judgment: _____

*(Use Date of Last Amended Judgment if Any)*

Michael Romano, Retained (Pro Bono)

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*

*the last judgment issued)* of

Life - Count 1,
120 months - Count 3
to run concurrent for
a total term of Life

months **is reduced to**

210 months - Count 1,
120 months - Count 3
to run concurrent for
**a total term of 210 months** .

## REDUCTION OF SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **96 months as to Count 1 and 36 months as to Count 3, to be served concurrently with each other for a total term of 96 months, under the same terms and conditions as previously ordered.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  4/26/1996  shall remain in effect.

**IT IS SO ORDERED**.

Dated:  February 28, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date:  N/A

*(if different from order date)*