UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>TARAS LEON WYNNE,<br><br>Movant. | No. 2:95-cr-0007-WBS-EFB P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding through counsel, filed a pro se letter inquiring about a sentence reduction pursuant to the First Step Act of 2018, ECF No. 127, which the magistrate judge construed as a motion for a reduction of sentence. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 15, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed April 15, 2020, are adopted in full; and

2. Movant's request of January 29, 2019 (ECF No. 127) and counsel's May 24, 2019 motion to stay (ECF No. 130) are denied as moot.

Dated:  May 27, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE